UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS (SHERMAN)

CASE NO 21-CR-303

UNITED STATES OF AMERICA

V

WASHINGTON ANTUNEZ MUSSO

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT**

COMES NOW the defendant, through undersigned counsel, and respectfully alleges and prays:

1. The undersigned entered an appearance Pro Hac Vice on behalf of defendant on April 26, 2023.

2. On that date, the defendant had been extradited from his native Colombia and was to have appeared the next day at Initial Appearance before the Court in Plano Texas. The defendant had not secured private counsel, and the Initial Appearance was continued until Monday May 1, 2023, in Sherman Texas.

3. The defendant in the interim retained counsel to further represent him in this case.

4. The services of the undersigned, which were intended to be temporary for the purposes of Rule 5 FCRP, are no longer required.

5. The government has stated no objection to the present Motion to Withdraw.

WHEREFORE IT IS RESPECTFULLY PRAYED THE COURT GRANT THE PRESENT MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT

/s/Scott Kalisch
SCOTT KALISCH
435 SOUTH OREGON AVENUE, SUITE 104
TAMPA, FLORIDA 33606
TEL 305 669 0808

## CERTIFICATE OF CONFERENCE

I hereby certify that I have consulted the contents of this Motion with AUSA Ernest Gonzalez and that he agrees with the contents thereof.

/s/Scott Kalisch
SCOTT KALISCH

## CERTIFICATE OF SERVICE

I hereby certify that I have mailed copy of this Motion by EM/ECF electronic filing to AUSA Ernest Gonzalez and all counsel of record this 2nd day of May 2023

/s/Scott Kalisch
SCOTT KALISCH