UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA § | |
| § | Cause No: 4:21 CR 303 |
| VS. § | |
| § | JUDGE JORDAN |
| WASHINGTON ANTUNEZ MUSSO (2) § | |

## MOTION TO CONTINUE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant Washington Musso filing a Motion to Continue case; and for cause asserts the following:

Defendant Washington Musso made his initial appearance in this case before the Honorable Christine Nowak, U.S. Magistrate Judge on May 1, 2023; after self surrender on April 26, 2023. At this initial appearance Magistrate Judge Nowak entered the Pretrial and Scheduling orders. The Pretrial order set the final Pretrial hearing on July 3, 2023. On April 5, 2023, Co-Defendant Luis Antonio Bermudez Mejia moved this Honorable Court to continue his case. The case was continued to September 5, 2023 as to Co-Defendants Mejia and Zulma Maria Musso Torres.

Therefore, Defendant Washington Musso respectfully moves this Honorable Court to continue his case until September 5, 2023 to allow all defendants in the case to move forward simultaneously.

Respectfully submitted,

/s/ Robert G Arrambide
ROBERT G ARRAMBIDE
Texas State Bar No: 01356940
robert.g.arrambide@gmail.com
510 W. Morgan St
Denison Texas 75020
Phone: (469)865-4941

## CERTIFICATE OF SERVICE

This is to certify that on June 15, 2023, a true and correct copy of the above and foregoing document was filed electronically, and through that system, all parties, by and through their respective attorneys, including Ernest Gonzalez, the Assistant United States Attorney handling this case, have had this document forwarded to them.

/s/ Robert G Arrambide
ROBERT G ARRAMBIDE

## CERTIFICATE OF CONFERENCE

This is to certify that on June 15, 2023, the undersigned attempted to confer with AUSA Ernest Gonzalez, concerning possible opposition to the foregoing motion. Mr. Gonzalez is out of the country and as of the filing of this motion attempts to communicate had no success.

The undersigned conferred with Co-Counsel Gaylon Riddles and he has no opposition to this motion.

/s/ Robert G Arrambide
ROBERT G ARRAMBIDE
